IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00170-REB-KLM

JOSE LUIS SANCHEZ-HERNANDEZ,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

    Respondent.

## ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. According to the Bureau of Prisons' website, Applicant was released from the custody of the Bureau of Prisons ("BOP") on January 10, 2010. Since the Application may be moot, the Court ordered Respondent to file a status report addressing: (1) Applicant's custody status, (2) mootness, and (3) Applicant's forwarding address.

According to Respondent, Applicant was released from BOP to the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") on January 10, 2010 pursuant to a detainer. *Decl. of Clay C. Cook* [#21-1]. Respondent has not cited any evidence that Applicant, in fact, has been deported. Respondent asserts that Applicant's last known address is 12445 East Caley Avenue, Centennial, Colorado 80111, the location of an ICE detention facility. Applicant's custody status at this time is uncertain. Applicant has not filed a notice of change of address with the Court. Accordingly,

IT IS HEREBY **ORDERED** that Respondent shall submit a status report on or before **August 20, 2010** explicitly addressing whether Applicant has been deported or not.

BY THE COURT:

    s/ Kristen L. Mix
UNITED STATES MAGISTRATE JUDGE

Date: August 4, 2010