IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00170-REB-KLM

JOSE LUIS SANCHEZ-HERNANDEZ,

    Applicant,

v.

J.M. WILNER, Warden, FCI-Florence,

    Respondent.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#27] filed September 24, 2010. No objections having been filed to the recommendation, I review it only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#27] filed September 24, 2010, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

2. That the **Application For a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2241** [#2] filed January 28, 2009, is **DENIED**; and

3. That this case is **DISMISSED WITH PREJUDICE**.

Dated November 1, 2010, at Denver, Colorado.

                                              **BY THE COURT:**

*s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge